# Chicago Hansom Cab Company
## v.
## John McCarthy.

*Master and Servant—Negligence of Servant—Injury to Third Person—Evidence.*

This court declines to interfere with the verdict for the plaintiff in an action brought to recover for personal injuries alleged to have been suffered by him, through the negligence of one of defendant's servants.

[Opinion filed December 24, 1889.]

Appeal from the Circuit Court of Cook County; the Hon. Julius S. Grinnell, Judge, presiding.

Messrs. Monroe & McShane, for appellant.

Mr. George H. Kettelle, for appellee.

GARY, P. J.  The verdict of a jury on the question of neg-
ligence where, in a thronged street, the driver of a cab in
endeavoring to get in toward the head of a line of teams waiting
for the closing of a bridge, strikes a man in the back with one
of the shafts of a cab, and injures him, is generally conclusive.
Where there is no error in law and there is enough evidence
to sustain the verdict, there is no escape from it on the
ground merely that there is conflicting evidence.  The judg-
ment is affirmed.

*Judgment affirmed.*